UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj1106 |
| | ) | |
| vs. | ) | ORDER |
| Juan Carlos Lopez-Zaragoza | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / **Case Disposed** / Order of Court).

Procelo Montes-Rosales

DATED: 5/6/2008

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk